IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DEBRA A. CARVER and ) <br> JAMES R. CARVER, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MEIJER, INC., and MEIJER ) <br> STORES LIMITED ) <br> PARTNERSHIP, d/b/a MEIJER, ) <br> ) <br> Defendants. ) | CAUSE NO.: 1:15-cv-124-TWP-MJD |

**DEFENDANTS' SUPPLEMENTAL JURISDICTIONAL STATEMENT AND
STATEMENT OF CITIZENSHIP**

COME NOW Defendants, Meijer, Inc., and Meijer Stores Limited Partnership, by counsel, Arthur C. Johnson II of Johnson, Stracci & Ivancevich, LLP, and hereby file their Supplemental Jurisdictional Statement and Statement of Citizenship, and in support thereof, state as follows:

1. Meijer, Inc. is incorporated under the laws of Michigan and has its principle place of business in the State of Michigan.

2. Meijer, Inc. does not have a parent corporation or any publicly held company that owns 10% or more of Meijer, Inc.'s stock.

3. Meijer Stores Limited Partnership d/b/a Meijer's (hereinafter "Meijer") sole general partner is Meijer Group, Inc.

4. Meijer Group, Inc. is incorporated under the laws of Michigan, and has its principle place of business in the State of Michigan.

5. Meijer Group, Inc. is a wholly owned subsidiary of Meijer, Inc.

6. Meijer's sole limited partner is Meijer Distribution, Inc.

7. Meijer Distribution, Inc. is incorporated under the laws of Michigan, has its principle place of business in the State of Michigan, and is a wholly owned subsidiary of Meijer, Inc.

8. The amount in controversy, without interest and costs, exceeds the sum or value specified by 28 U.S.C. § 1332.

9. Defendants' counsel sent Plaintiffs Request for Admissions, wherein Plaintiffs admitted that they are citizens of the State of Indiana, and are residents of the State of Indiana, and are not citizens or residents of the State of Michigan. Plaintiffs stipulate that they are citizens of Indiana. [See Attached Exhibit "A]

Respectfully submitted,

***JOHNSON, STRACCI & IVANCEVICH, LLP***
Attorneys for the Defendant

s/ Arthur C. Johnson II
By: ARTHUR C. JOHNSON II
Attorney No. 26422-45
250 East 90th Drive
Merrillville, IN 46410
PHONE: (219) 769-0087

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of February, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

**Kelly Thompson**
**Thompson Legal Services**
**7210 Madison Avenue, Suite E**
**Indianapolis, IN 46227**
**kerthomp@sbcglobal.net**
**kerthomp1980@yahoo.com**


**JOHNSON, STRACCI & IVANCEVICH, LLP**

By: /s/ Arthur C. Johnson, II

*7/212150216.Jurisdictional Statement.wpd*